IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| AMERICAN SAFETY CASUALTY INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:14-cv-04124-NKL ) ) |
| CRAIG DILLON, et al., | ) ) ) |
| Defendants. | |

**ORDER**

The Plaintiff filed a Return of Service of Complaint [Doc. 3] on June 2, 2014, notifying the Court that all four of the Defendants, Craig Dillon, Robert Greunder, Nicole Greunder, and Elizabeth Dillon, were served on May 27, 2014. Assuming service was proper, the time for the Defendants to respond has now expired, *see* Fed. R. Civ. P. 12(a)(1)(A), but to date, the Plaintiff has neither sought default judgment pursuant to Fed. R. Civ. P. 55, nor otherwise sought to prosecute its case.

Accordingly, it is hereby ORDERED that the Plaintiff show cause on or before August 18, 2014, why this case should not be dismissed for failure to prosecute. Should the Plaintiff fail to show cause, the case may be dismissed without further notice.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 1, 2014
Jefferson City, Missouri